**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> BANDWIDTH.COM, INC., et al., <br><br> Defendants. | **C.A. No. 1:13-cv-00932 (AJT/IDD)** |

**DEFENDANT TELESPHERE NETWORKS, LTD.'S
MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT
OF U.S. PATENT NOS. 6,513,066 AND 6,701,365**

Pursuant to Federal Rule of Civil Procedure 56, Telesphere Networks, Ltd. ("Telesphere") moves for summary judgment that claims 1-3 and 6-8 of U.S. Patent No. 6,513,066 and claims 1 and 3 of U.S. Patent No. 6,701,365 (collectively, "asserted claims") are not infringed by the Telesphere products and services accused of infringement by Plaintiff Straight Path IP Group, Inc. ("Straight Path").

Pursuant to Local Civil Rule 7(E), counsel for Telesphere has met and conferred with counsel for Straight Path, which opposes the Motion.

For the reasons set forth in the accompanying memorandum, Telesphere respectfully requests that its Motion for Summary Judgment of Non-Infringement of the asserted claims be granted.

Dated:  February 17, 2014          Respectfully submitted,

/s/  John P. Moy
---

Edward A. Pennington (VSB No. 23511)
John P. Moy (VSB No. 51086)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, N.W.
Suite 400
Washington, D.C. 20007
Tel: (202) 263-4300
Fax: (202) 263-4329
epennington@sgrlaw.com
jmoy@sgrlaw.com

*Counsel for Defendant*
*Telesphere Networks Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2014, a true and correct copy of the foregoing Defendant Telesphere Networks Ltd.'s Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,513,066 and 6,701,365 was filed with the Clerk of Court using the CM/ECF system, which will send a Notification of Electronic Filing (NEF) to all counsel of record.

>                        /s/  John P. Moy
> John P. Moy (VSB No. 51086)
> SMITH, GAMBRELL & RUSSELL, LLP
> 1055 Thomas Jefferson Street, N.W.
> Suite 400
> Washington, D.C. 20007
> Tel: (202) 263-4300
> Fax: (202) 263-4329
> jmoy@sgrlaw.com
>
> *Counsel for Defendant*
> *Telesphere Networks Ltd.*