**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BANDWIDTH.COM, INC., TELESPHERE NETWORKS LTD., AND VOCALOCITY, INC. <br><br> Defendant | Civil Case No. 1:13-CV-00932 <br> Pertaining to Consolidated Cases: <br> Civil Case No. 1:13-CV-00932 <br> Civil Case No. 1:13-CV-00937 <br> Civil Case No. 1:13-CV-01100 <br><br> Hon. Anthony J. Trenga <br> Magistrate Judge Ivan D. Davis |

**JOINT MOTION BY STRAIGHT PATH IP GROUP, INC. AND VOCALOCITY, INC. FOR DISMISSAL OF ALL CLAIMS BETWEEN STRAIGHT PATH IP GROUP, INC. AND VOCALOCITY, INC.**

Plaintiff Straight Path IP Group, Inc. ("SPIPG") and Defendant Vocalocity, Inc. ("Vocalocity"), by counsel and pursuant to Rule 41(a)(2) and (c) of the Federal Rules of Civil Procedure, hereby jointly move the Court for an order dismissing WITH PREJUDICE and in their entirety all claims and counterclaims asserted between SPIPG and Vocalocity in this Action, with each of them to bear their own costs, expenses and attorneys' fees with regard to such claims.

A proposed Order is attached.

Respectfully submitted,

STRAIGHT PATH IP GROUP, INC.

By:_____/s/_____
Sona Rewari (VSB No. 47327)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
Tel.: (703) 714-7512
Fax.: (703) 918-4018

*Counsel for Straight Path IP Group, Inc.*

VOCALOCITY, INC.


*Counsel for Defendant Vocalocity, Inc.*

By:_____/s/_____
Robert C. Bertin, VSB #41278
r.bertin@bingham.com
Jim W. Fang (*pro hac vice*)
jim.fang@bingham.com
Catherine R. Murphy (*pro hac vice*)
catherine.murphy@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006-1806
Tel: (202) 373-6000

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                             /s/
                                    Sona Rewari (VSB No. 47327)
                                    HUNTON & WILLIAMS LLP
                                    1751 Pinnacle Drive, Suite 1700
                                    McLean, Virginia 22102
                                    Tel.: (703) 714-7512
                                    Fax.: (703) 918-4018
                                    srewari@hunton.com