IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STRAIGHT PATH IP GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BANDWIDTH.COM, INC., )<br>TELESPHERE NETWORKS LTD., AND )<br>VOCALOCITY, INC. )<br>)<br>Defendant ) | Civil Case No. 1:13-CV-00932<br>Pertaining to Consolidated Cases:<br>Civil Case No. 1:13-CV-00932<br>Civil Case No. 1:13-CV-00937<br>Civil Case No. 1:13-CV-01100<br><br>Hon. Anthony J. Trenga<br>Magistrate Judge Ivan D. Davis |

## ORDER DISMISSING WITH PREJUDICE ALL CLAIMS BETWEEN STRAIGHT PATH IP GROUP, INC. AND VOCALOCITY, INC.

Upon consideration of the Joint Motion by Plaintiff Straight Path IP Group, Inc. ("SPIPG") and Defendant Vocalocity, Inc. ("Vocalocity"), for an order dismissing with prejudice all claims and counterclaims asserted between SPIPG and Vocalocity in this Action, it is hereby

ORDERED that all claims and counterclaims asserted between SPIPG and Vocalocity are DISMISSED WITH PREJUDICE. SPIPG and Vocalocity shall each bear their own costs, expenses, and attorneys' fees with regard to those claims.

Dated: July 2, 2014

Anthony J. Trenga
United States District Judge

Anthony J. Trenga, District Judge